# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EARL L. CRUM

NO. 2024 KW 0764

**OCTOBER 7, 2024**

---

In Re:    Earl L. Crum, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 1-95-0742.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion to correct filed with the district court, the district court's ruling on the motion, the State's opposition to his motion, the bill of information or indictment, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT